UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

IN RE:

21 DROPS, LLC,                                      Case No. 21-21960-MAM
                                                    Chapter 11

      Debtor.

_____/

21 DROPS, LLC,
      Plaintiff,
v.
                                                    Adv. Pro. No. 22-01048-MAM
Richard F. Caster, 2009                             **Adversary Complaint**
Irrevocable Trust, Richard
Caster Family 2007 Irrevocable
Trust, Cary M. Caster 2010
Irrevocable Trust, and Cary M.
Caster

      Defendants.

_____/

## <u>NOTICE OF WITHDRAWAL OF MISDOCKETED PLEADING [DOC. #35]</u>

     Attorney Clive Morgan and his client 21 DROPS, LLC, hereby give notice of their

withdrawal of their misdocketed Certificate of Service, Doc. #35, as instructed by the Clerk

under Doc #36.  A separate Certificate of Service has been filed in the adversary matter

under Adv Pro. No. 22-01048-MAM.


     Dated: <u>February 23, 2022</u>

                                   Respectfully Submitted,

                                   Clive N. Morgan
                                   Attorney for 21 Drops, LLC
                                   Busch Mills & Slomka, LLP
                                   6712 Atlantic Blvd.
                                   Jacksonville, FL 32211

Telephone: (904) 508-0077
Email: cmorgan@buschmills.com

By: /s/ Clive N. Morgan
    Clive N. Morgan
    FBN.: 357855

## CERTIFICATE OF SERVICE

I HEREBY CERTIFIY that on this 23rd day of February, 2022, I electronically filed the forgoing document with the Clerk through the CM/ECF System for service upon all parties registered to receive notice in this matter. I further certify that the notice of the foregoing has been provided via U.S. mail directly to the below Defendants.

Richard F. Caster 2009 Irrevocable Trust
c/o Cary Caster
1011 Vista Del Mar Drive
Delray Beach, Florida 33484

Richard Caster Family 2007 Irrevocable Trust
c/o Andrew Caster
9100 Wilshire Blvd, Suite 265E
Beverly Hills, California 90212

Cary M. Caster 2010 Irrevocable Trust
c/o Richard Caster
1011 Vista Del Mar Drive
Delray Beach, Florida 33484

Cary M. Caster
1011 Vista Del Mar Drive
Delray Beach, Florida 33484

/s/ Clive N. Morgan
Clive N. Morgan