

**ORDERED in the Southern District of Florida on May 18, 2022.**

_____
**Mindy A. Mora, Judge
United States Bankruptcy Court**
_____

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION
www.flsb.uscourts.gov**

| | |
|---|---|
| In re: | Case No.: 21-21960-MAM |
| 21 DROPS, LLC, | Chapter 11 |
| Debtor._____/ | |

**AGREED *EX PARTE* ORDER CONTINUING HEARING
AND CONTINUING DEADLINES REGARDING CONTESTED MATTERS**

This cause came before the Court to consider the *Agreed Motion to Continue Evidentiary Regarding Motions To Dismiss And For Conflict Determination* [D.E. 76] [D.E. 80]. Good cause having been found, the Court grants such motion on the terms set forth below.

The Court shall conduct a non-evidentiary hearing on **July 19, 2022, at 1:30 p.m**. to consider the *Debtor's Request for Judicial Determination of Conflict* (ECF No. 63) and the *Minority Owners' Motion to Dismiss for Lack of Good Faith and for Related Relief* (ECF No. 65) (collectively, the "Motions") in this Chapter 11 case. The hearings will take place at the United States Bankruptcy Court located at 1515 N. Flagler Drive, Courtroom A, Room 801, West Palm

Beach FL 33401. All pre-hearing deadlines are extended accordingly. The hearings previously scheduled for May 18, 2022, are hereby cancelled.

Although the Court will conduct the hearing in person, any interested party may choose to attend the hearing remotely using the services of Zoom Video Communications, Inc. ("Zoom"), which permits remote participation by video or by telephone. To participate in the hearing remotely via Zoom (whether by video or by telephone), you must register in advance no later than 3:00 p.m., one business day before the date of the hearing. To register, click on or enter the following registration link in a browser:

https://www.zoomgov.com/meeting/register/vJItdumqrzstGdoBW4nz6tq3IJmn8ydPxj4

If a party is unable to register online, please contact Maria Romaguera, Courtroom Deputy, at 561-514-4109 or email Maria_Romaguera@flsb.uscourts.gov.

All participants, whether attending in person or remotely, must observe the formalities of the courtroom, exercise civility, and otherwise conduct themselves in a manner consistent with the dignity of the Court. This includes appropriate courtroom attire for those participants appearing in person or by video.

# # #

Copy to:
David N. Stern
Florida Bar No. 040398
**FRANK, WEINBERG & BLACK, P.L.**
7805 SW 6th Court
Plantation, FL 33324
Telephone: (954) 474-8000
Facsimile: (954) 474-9850
E-mail: dnstern@fwblaw.net

*Attorney Stern shall immediately serve this Order upon all interested parties and file a certificate of service with the Court that conforms with Local Rule 2002-1(F).*