

**ORDERED in the Southern District of Florida on June 8, 2022.**

_____
**Mindy A. Mora, Judge
United States Bankruptcy Court**

_____

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH  DIVISION**
www.flsb.uscourts.gov

| | |
|---|---|
| In re: | Case No.: 21-21960-MAM |
| 21 DROPS, LLC, | Chapter 11 |
| Debtor. | |
| _____/ | |

**ORDER GRANTING MOTION TO EXPEDITE HEARING ON FINAL FEE APPLICATION OF
ALEIDA MARTINEZ MOLINA, SUBCHAPTER V TRUSTEE [DE 88]**

**THIS MATTER** before the Court upon the Subchapter V Trustee, Aleida Martinez-Molina's ("SubV Trustee" or "Applicant") *Motion to Expedite Hearing on the First and Final Fee*

Case No. 21-21960-MAM

*Application as SubChapter V Trustee* [DE 88] (the "Motion") and the Court, having reviewed the Motion and being otherwise advised in the premises, it is hereby **GRANTED**.

The Court will enter a re-notice setting the underlying Fee Application for hearing on June 14, 2022.

# # #

**Submitted by**:
Aleida Martinez Molina, Esq.
2121 NW 2nd Avenue, Suite 201
Wynwood, FL 33127
Telephone: (305) 297-1878
martinez@subv-trustee.com

The party submitting this order shall serve a copy of the signed order on all parties listed below and file with the court a certificate of service conforming with Local Rule 2002-1(F)