UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

Final

In re:                                                                    Case No.: 21-21960-MAM
                                                                          Chapter 11
21 DROP, LLC,

       Debtor.
_____/

**CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that a true and correct copy of the *Order Granting Motion to Expedite Hearing on Final Fee Application of Aleida Martinez Molina, Subchapter V Trustee's* [DE 90] *as well as the Re-Notice of Hearing* [DE 91] as to the underlying *Final Fee Application of Aleida Martinez-Molina, Subchapter V Trustee*, was served on June 8, 2922 via CM/ECF upon all parties who are registered with the Court to receive electronic notifications in this matter and to 21 Drop LLC c/o Kavita Sahai at the following email addresses: kgsahai@gmail.com and Kavita@21drops.com.

        .      Aleida Martinez Molina
            Subchapter V Trustee
            2121 NW 2nd Ave., Suite 201
            Miami, FL 33127
            Telephone: (305) 297-1878
            Email: martinez@subv-trustee.com

        By:    /s/ Aleida Martinez Molina
                  Aleida Martinez Molina
                  Florida Bar No. 869376