

ORDERED in the Southern District of Florida on June 30, 2022.

_____
**Mindy A. Mora, Judge
United States Bankruptcy Court**
_____

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION**

| | | |
|---|---|---|
| IN RE: | / | |
| | / | |
| 21 DROPS, LLC, | / | Case No. 21-21960-MAM |
| | / | Chapter 11 |
| Debtor. | / | |
| _____ | / | |

**ORDER GRANTING
JOINT MOTION FOR APPROVAL
OF SETTLEMENT AGREEMENT**

Debtor 21 Drops, LLC and creditor Kavita Sahai and the Caster Parties (as defined below) (Debtor and Kavita Sahai and the Caster Parties

are referred to as the "Parties"), by and through their undersigned counsel moved the Court, pursuant to 11 U.S.C. §§ 105, 363(f) and 1112(b)(1), for approval of the Parties' settlement agreement dated May 12, 2022 (the "Settlement Agreement").

The Court held a hearing on the Motion and the Settlement Agreement (Doc. No 83), on June 14, 2022 at 1:30 p.m. and appearances were made by Howard Slomka for the Debtor, Aleida Martinez-Molina the subchapter V Trustee, Heidi Feinman for the U.S. Trustee and David Stern for the Caster Parties (which include Cary Caster, in her capacity as trustee of the Richard F. Caster 2009 Irrevocable Trust dated January 26, 2009; Richard Caster as authorized agent of Lana Caster in her capacity as trustee of Richard Caster Family 2007 Irrevocable Trust dated December 13, 2007; and Richard Caster, in his capacity as trustee of the Cary M. Caster 2010 Irrevocable Trust dated June 23, 2010).  The Court heard from each and based on representations of counsel during the hearing finds that the settlement is fair and in the best interest of the parties and the bankruptcy estate.  Accordingly, it is

ORDERED that the Motion is GRANTED.  The Settlement Agreement is approved, including but not limited to the Debtor's transfer of certain assets to the Caster Trusts or their designee free and clear of all liens,

- 3 -

claims, and encumbrances, and the Debtor's dismissal of the Adversary Proceeding and this bankruptcy case.

IT IS FURTHER ORDERED that all parties in interest shall be bound by the terms of this Order approving the Settlement.

# # #

**Submitted by:**
Howard P. Slomka, Esq.
3000 Heritage Walk, Suite 304
Milton, GA 30004
(770)856-5793:  HS@BuschMills.com

The party submitting this order shall serve a copy of the signed order on all parties in interest and file with the court a certificate of service conforming with Local Rule 2002-1(F)